## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PHILIP H. COHN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )    Case No. 06-cv-0762-MJR |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

### MEMORANDUM and ORDER

**REAGAN, District Judge:**

On October 24, 2006, the undersigned District Judge denied Philip Cohn's motion for relief under 28 U.S.C. § 2255.  Denial was warranted, because Cohn had waived his right to direct appeal *and* collateral attack in the plea agreement he executed (a waiver for which Cohn received other benefits).  The undersigned Judge found the waiver knowing and voluntary; so it was enforceable and precluded § 2255 relief.

Judgment was entered accordingly on October 24, 2006.  Cohn then filed two other motions (to alter/amend judgment and for additional findings of fact).  The undersigned Judge denied those motions on November 13 and November 29, 2006, respectively.

On January 3, 2007, Cohn filed a notice of appeal, challenging the denial of § 2255 relief plus the November 13th and November 29th rulings.  Cohn did *not* file a motion for certificate of appealability with his notice of appeal.  Nor has Cohn requested a certificate of appealability from the United States Court of Appeals for the Seventh Circuit.  28 U.S.C. § 2253(c)(1)(B) provides that an appeal from the final order in a § 2255 proceeding may not be taken unless a Circuit or District Court Judge has issued a certificate of appealability.

The Court now **CONSTRUES** Cohn's notice of appeal to include a request for

certificate of appealability.  The Court **DENIES** that request, because – for the reasons stated in the

October 24, 2006 Order – Cohn has not made "a substantial showing of the denial of a constitutional

right."  *See* **28 U.S.C. § 2253(c)(2).**

IT IS SO ORDERED.

DATED this 2nd day of March 2007.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Court